# UNITED STATES COURT OF APPEALS
## ELEVENTH CIRCUIT
### 1729 Fifth Avenue, North
### Suite 900
### Birmingham, Alabama 35203

**William H. Pryor Jr.**
United States Circuit Judge

TELEPHONE (205) 278-2030

June 27, 2006

The Honorable Ortie D. Smith, Chair
Judicial Conference for the United States
Committee on the Financial Disclosue
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: Calendar Year 2005 Filing

Dear Judge Smith:

This letter responds to your letter of June 14, 2006, regarding inquiries about my 2005 Annual Financial Disclosure Report under the Ethics in Government Act of 1978.

I have reviewed my financial records, annual reports for 2004 and 2005, and the nomination reports that I filed in both 2003 and 2005. From my review, I have determined that I inadvertently omitted the asset, "Smith Barney Small Cap Value Fund Class C," from my annual report for 2004. I listed this asset on the nomination reports and my annual report for 2005. I apologize for this inadvertent omission. My annual report for 2004 should have listed in column A, the description, "Smith Barney Small Cap Value Fund Class C", in column B(2), the type "Dividend"; in column C(1), the code "J"; and in column C(2), the code "T". Columns D(1) through (5) should be blank.

Thank you for your attention to this matter.

Please let me know if you need further information.

Sincerely,

William H. Pryor Jr.

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRYOR, JR., WILLIAM H | 11TH CIRCUIT COURT OF APPEALS | 05/01/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final | 01/01/2005<br>to<br>12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Court of Appeals<br>1729 5th Ave N, Ste 900<br>Birmingham, AL 35203 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRYOR, JR., WILLIAM H | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRYOR, JR., WILLIAM H | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. BRIDGEWAY ULTRA SMALL CO MARKET | A | Dividend | | | Sell | 05/05 | K | C | |
| 3. RS GLOBAL NATURAL RESOURCES | B | Dividend | K | T | Buy | 05/09 | K | | |
| 4. IRA #2 | | | | | | | | | |
| 5. FIDELITY LEVERAGED COMPANY STOCK | A | Dividend | K | T | | | | | |
| 6. BRIDGEWAY ULTRA SMALL CO MARKET | A | Dividend | | | Sell | 05/05 | K | C | |
| 7. RS GLOBAL NATURAL RESOURCES | C | Dividend | L | T | Buy | 05/09 | K | | |
| 8. DODGE & COX STOCK | B | Dividend | K | T | | | | | |
| 9. IRA #3 | | | | | | | | | |
| 10. FIDELITY LOW-PRICED STOCK | B | Dividend | K | T | | | | | |
| 11. IRA #4 | | | | | | | | | |
| 12. FBR SMALL CAP FINANCIAL FUND CLASS A | A | Dividend | | | Sell | 06/02 | K | D | |
| 13. T ROWE PRICE EMERGING EURO & MEDITERRANEAN | A | Dividend | K | T | Buy | 06/09 | K | | |
| 14. NUMERIC INVESTORS SMALL CAP VALUE | A | Dividend | | | Sell | 11/30 | K | D | |
| 15. FIDELITY CONTRAFUND | A | Dividend | K | T | Buy | 12/06 | K | | |
| 16. FIDELITY LEVERAGED COMPANY STOCK | A | Dividend | K | T | | | | | |
| 17. ALPINE US REAL ESTATE EQUITY Y | A | Dividend | | | Buy | 01/26 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRYOR, JR., WILLIAM H | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALPINE US REAL ESTATE EQUITY Y | A | Dividend | | | Sell | 09/30 | K | D | |
| 19. T ROWE PRICE LATIN AMERICA FUND | A | Dividend | K | T | Buy | 10/04 | K | | |
| 20. ROYCE SPECIAL EQUITY | A | Dividend | | | Sell | 01/24 | J | C | |
| 21. IRA #5 | | | | | | | | | |
| 22. FIDELITY LOW-PRICED STOCK | B | Dividend | K | T | | | | | |
| 23. IRA #6 | | | | | | | | | |
| 24. FIDELITY LOW-PRICED STOCK | A | Dividend | J | T | | | | | |
| 25. IRA #7 | | | | | | | | | |
| 26. FBR SMALL CAP FINANCIAL CLASS | A | Dividend | | | Sell | 06/02 | J | B | |
| 27. T. ROWE PRICE LATIN AMERICA FUND | A | Dividend | J | T | Buy | 6/09 | | | |
| 28. BROKERAGE ACCT #1 | | | | | | | | | |
| 29. BRIDGEWAY ULTRA SMALL CO MARKET | A | Dividend | K | T | | | | | |
| 30. BRIDGEWAY ULTRA SMALL CO MARKET | | | | | PARTIAL SELL | 05/20 | J | A | |
| 31. THIRD AVENUE INTERNATIONAL VALUE | A | Dividend | J | T | Buy | 05/25 | J | | |
| 32. BROKERAGE ACCT #2 | | | | | | | | | |
| 33. BRIDGEWAY ULTRA SMALL CO MARKET | A | Dividend | | | Sell | 07/26 | J | C | |
| 34. T ROWE PRICE EMERG EURO & MEDITERRANEAN | A | Dividend | K | T | Buy | 07/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRYOR, JR., WILLIAM H | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY LEVERAGED COMPANY STOCK | A | Dividend | K | T | Buy | 01/25 | J | | |
| 36. SECTION 401(K)/PROFIT SHARING PLAN #1 | | | | | | | | | |
| 37. LORD ABBETT MID-CAP VALUE FUND CLASS C | C | Dividend | L | T | | | | | |
| 38. LORD ABBETT MID-CAP VALUE FUND CLASS C | | | | | Buy | 6/23 | J | | |
| 39. LORD ABBETT MID-CAP VALUE FUND CLASS C | | | | | Buy | 7/25 | J | | |
| 40. LORD ABBETT MID-CAP VALUE FUND CLASS C | | | | | Buy | 8/25 | J | | |
| 41. LORD ABBETT MID-CAP VALUE FUND CLASS C | | | | | Buy | 9/23 | J | | |
| 42. LORD ABBETT MID-CAP VALUE FUND CLASS C | | | | | Buy | 10/25 | J | | |
| 43. LORD ABBETT MID-CAP VALUE FUND CLASS C | | | | | Buy | 11/25 | J | | |
| 44. LORD ABBETT MID-CAP VALUE FUND CLASS C | | | | | Buy | 12/23 | J | | |
| 45. PIONEER SMALL CAP VALUE FUND CLASS C | B | Dividend | J | T | | | | | |
| 46. PIONEER SMALL CAP VALUE FUND CLASS C | | | | | Buy | 3/21 | J | | |
| 47. SCUDDER DREMAN HIGH RETURN FUND CLASS C | A | Dividend | K | T | | | | | |
| 48. SCUDDER DREMAN HIGH RETURN FUND CLASS C | | | | | Buy | 6/23 | J | | |
| 49. SCUDDER DREMAN HIGH RETURN FUND CLASS C | | | | | Buy | 7/25 | J | | |
| 50. SCUDDER DREMAN HIGH RETURN FUND CLASS C | | | | | Buy | 8/25 | J | | |
| 51. SCUDDER DREMAN HIGH RETURN FUND CLASS C | | | | | Buy | 9/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse a d dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SCUDDER DREMAN HIGH RETURN FUND CLASS C | | | | | Buy | 10/25 | J | | |
| 53. SCUDDER DREMAN HIGH RETURN FUND CLASS C | | | | | Buy | 11/25 | J | | |
| 54. SCUDDER DREMAN HIGH RETURN FUND CLASS C | | | | | Buy | 12/23 | J | | |
| 55. SMITH BARNEY SMALL CAP VALUE FUND CLASS C | A | Dividend | J | T | | | | | |
| 56. COMPASS BANK | A | Interest | J | T | Opened | | | | |
| 57. AMSOUTH BANK | A | Interest | | | Closed | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART III: NON-INVESTMENT INCOME A:
2/20/04 - 12/3104 EXEMPT U.S. GOVERNMENT SALARY
2005          EXEMPT U.S. GOVERNMENT SALARY

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████████████     Date   5 | 8 | 06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544